UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  12-22839-CIV-ALTONAGA

WILLIE COLLINS,

     Plaintiff,

v.

ERIN CAPITAL MANAGEMENT, LLC.,

     Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Joint Motion for Enlargement of Time to File Motion for Preliminary Approval of Class Settlement [ECF No. 130].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The parties shall file their joint motion for preliminary approval of class settlement by **Monday, December 16, 2013**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of November, 2013.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record